**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENDRICK LANGLEY, | Case No. 2:18-CV-08807-MCA-MAH |
| Plaintiff, | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | Hon. Michael A. Hammer, U.S.M.J. |
| UNITED PARCEL SERVICE, INC., | **MOTION FOR APPEARANCE OF ALLISON L. GOICO** |
| Defendant. | *PRO HAC VICE* |

**MOTION FOR APPEARANCE *PRO HAC VICE***

Defendant United Parcel Service, Inc. ("UPS"), by and through its undersigned attorney, Joshua M. Link, hereby moves this Court for an Order admitting Allison L. Goico, Esquire, *pro hac* vice in the above-captioned matter.

Good cause exists for Ms. Goico to participate in this action as she has extensive experience with employment litigation, is familiar with the circumstances giving rise to this action as well as Defendant's business, and was retained by Defendant to conduct all aspects of this litigation. The Certification of Joshua M. Link, Esquire in support of Defendant's Motion for Appearance *Pro Hac Vice* of Allison L. Goico and the Certification of Allison L. Goico, Esquire are attached hereto as exhibits and incorporated herein. UPS respectfully submits that no brief in support of this Motion is necessary as the basis for this application is set forth in the accompanying certifications, and Plaintiff's counsel has informed counsel for Defendant that they have no objection to this Motion. A proposed Order is submitted herewith.

WHEREFORE, for the foregoing reasons, Defendant United Parcel Service respectfully requests that the Court grant this Motion and Order the admission of attorney Allison L. Goico *pro hac vice*.

Respectfully submitted,

Dated: March 4, 2019     /s/ Joshua M. Link
Joshua M. Link, Esq. (NJ 019802011)
DINSMORE & SHOHL LLP
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
T: (610) 408-6020 / F: (610) 408-6021
E: Joshua.link@dinsmore.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Joshua M. Link, hereby certify that a copy of the foregoing Motion for Appearance *Pro Hac Vice* and all supporting documents were served by operation of the Court's CM/ECF system upon all counsel of record on this 4th day of March, 2019.

/s/ Joshua M. Link
Joshua M. Link
Counsel for Defendant