**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENDRICK LANGLEY,<br><br>                      Plaintiff,<br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                      Defendant. | Case No. 2:18-CV-08807-MCA-MAH<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>**PROPOSED ORDER FOR**<br>**ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Joshua M. Link, Esquire, Dinsmore & Shohl LLP, counsel for Defendant, seeking an Order admitting Allison L. Goico of the law firm Dinsmore & Shohl LLP to appear and participate *pro hac vice* to the bar of this Court; and the Court having considered the moving papers; and upon consideration of any response thereto; and for good cause having been shown;

**IT IS** this ___ day of _____, 2019, hereby **ORDERED**, that Allison L. Goico, a member of the Bar of the State of Ohio, be permitted to appear *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of, and representing, Defendant United Parcel Service, Inc., in the above-captioned matter; and it is

**FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Joshua M. Link, Esquire, pursuant to Local Civil Rule 101.1(c)(3), a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as

well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is

**FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Allison L. Goico shall arrange to make payment of $150 to the Clerk of this Court within twenty (20) days of the date of entry of this Order; and it is

**FURTHER ORDERED** that for the duration of this case, Allison L. Goico shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order ; and it is

**FURTHER ORDERED** that Allison L. Goico shall be bound by the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101(c)(4), Allison L. Goico shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court contingency Fee Rule, Rule 1 :21-7, as amended; and it is

**FURTHER ORDERED** that Allison L. Goico shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction.

                            **IT IS SO ORDERED.**

                            BY THE COURT:

                            _____