**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENDRICK LANGLEY,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                Defendant. | Case No. 2:18-CV-08807-MCA-MAH<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>**CERTIFICATION OF**<br>**JOSHUA M. LINK, ESQ.** |

**CERTIFICATION OF JOSHUA M. LINK, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ALLISON L. GOICO**

I, Joshua M. Link, Esquire, an attorney with Dinsmore & Shohl LLP, and counsel for Defendant United Parcel Service, Inc. hereby certify:

1. I am a member in good standing of the bars of the United States District Court for the District of New Jersey, the Supreme Court of New Jersey, the Supreme Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Middle District of Pennsylvania.

2. I make this Certification in support of Allison L. Goico, Esquire for admission to the bar of this Court *pro hac vice* on behalf of Defendant United Parcel Service, Inc. for purposes of the above-captioned action.

3. The Certification of Allison L. Goico in support of Defendant's Motion for Appearance *Pro Hac Vice* has been submitted contemporaneously herewith.

4. Ms. Goico has been advised of her obligation to comply with the Rules of Professional Conduct by the New Jersey Supreme Court and the requirements of Local Rule 101.1(c), and understands that admission *pro hac vice* in this matter subjects her to the Court's

full disciplinary jurisdiction for any alleged misconduct that may arise during the course of these proceedings.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2019, in Philadelphia, Pennsylvania.

_____
Joshua M. Link, Esq.

Sworn to and subscribed before me this 1st day of March, 2019.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Davida Carter, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 21, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES