UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENDRICK LANGLEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 2:18-CV-08807-MCA-MAH<br><br>**CERTIFICATION OF ALLISON L. GOICO IN SUPPORT OF MOTION FOR APPEARANCE *PRO HAC VICE*** |

I, Allison L. Goico, Esquire, of full age, hereby certify:

1. I am a partner in the law firm Dinsmore & Shohl LLP, located at 255 East Fifth Street, Suite 1900, Cincinnati, Ohio 45202.

2. I make this Certification in support of the Motion for my Appearance *Pro Hac Vice* in this matter.

3. I am a member in good standing of the bars of the following Courts;

| Court | Date of Admission | Clerk Office |
|---|---|---|
| Supreme Court of Ohio | 5/14/2013 | Supreme Court of Ohio<br>65 South Front Street, 8th Floor<br>Columbus, OH 43215-3431 |
| Supreme Court of Illinois | 11/9/2006 | Clerk's Office - Chicago<br>Michael A. Bilandic Building<br>160 North LaSalle Street<br>Chicago, IL 60601 |
| U.S. District Court, Southern District of Ohio | 6/29/2012 | Office of the Clerk<br>Potter Stewart U.S. Courthouse<br>Room 103, 100 East Fifth Street<br>Cincinnati, OH 45202 |

| Court | Date of Admission | Clerk Office |
|---|---|---|
| U.S. District Court, Northern District of Ohio | 9/2/2015 | Office of the Clerk<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| U.S. District Court, Northern District of Illinois | 7/30/2007 | Office of the Clerk<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| U.S. District Court, Western District of Michigan | 7/31/2018 | Office of the Clerk<br>399 Federal Building<br>110 Michigan Street NW<br>Grand Rapids, MI 49503 |
| U.S. District Court, Eastern District of Wisconsin | 5/2/2012 | Office of the Clerk<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Avenue, Room 362<br>Milwaukee, WI 53202 |

4. I have been retained by Defendant United Parcel Service, Inc. as counsel and to conduct all aspects of this litigation.

5. I have not been disciplined by any bar or court or denied admission to practice before any court, and have no disciplinary proceedings pending against me in any jurisdiction. I understand that, if admitted, I will have a continuing obligation during the period of my admission to promptly advise the Court of the institution of any new disciplinary proceedings against me in any jurisdiction.

6. I am familiar with and, if admitted, will abide by the Local Rules of this Court, including Local Rule 101.1(c) governing admission *pro hac* vice, as well as the Rules of Professional Conduct by the New Jersey Supreme Court, and will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

7. I further understand that, if admitted, I will be subject to the Court's full disciplinary jurisdiction for any alleged misconduct that may arise during the course of these proceedings.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2019, in Cincinnati Ohio.

_____
Allison L. Goico, Esq.

Sworn to and subscribed before me this 28th day of February, 2019.

_Patricia L Sammons_
Notary Public

PATRICIA L. SAMMONS
Notary Public, State of Ohio
My Commission Expires
September 27, 2019

14252308v1